# Third District Court of Appeal
## State of Florida

Opinion filed June 25, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1629
Lower Tribunal No. 20-CA-174-M
_____

**Colleen Lamb-Ferrara, et al.,**
Appellants,

vs.

**Neal, Gerber & Eisenberg LLP, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Hershoff, Lupino & Yagel, LLP and Russell A. Yagel, Rebecca A. Lowrance, and Matthew O. Hutchinson, for appellants.

Gunster, Yoakley & Stewart, P.A., and David R. Atkinson and Alyssa F. Chamberlin, for appellee, Neal, Gerber & Eisenberg, LLP.

Before FERNANDEZ, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Airbnb, Inc. v. Doe, 336 So. 3d 698, 704 (Fla. 2022); see also § 733.614, Fla. Stat. (2024); Bookman v. Davidson, 136 So. 3d 1276, 1280 (Fla. 1st DCA 2014).